# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Shangcheng Development, LLC, | **ORDER STAYING CASE** |
| Plaintiff, | |
| vs. | |
| Norvanta LLC, et. al., | Case No. 4:14-cr-164 |
| Defendants. | |

On March 11, 2016, Defendant Norvanta, LLC ("Norvanta") filed a "Notice of Bankruptcy Filing" along with a copy of the a "Notice of Chapter 7 Bankruptcy Case" filed in the United States Bankruptcy Court for the District of Minnesota.

Section 362(a)(1) provides that, upon the filing of a bankruptcy petition, all judicial and other proceedings are stayed. See 11 U.S.C.§ 362(a)(1); see also Missouri v. U.S. Bankruptcy Court for E.D. of Arkansas, 647 F.2d 768, 775 (8th Cir. 1981). As Norvanta has filed a Chapter 7 petition in the District of Minnesota, this matter is **STAYED**.

**IT IS SO ORDERED.**

Dated this 14th day of March, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court.