**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Shangcheng Development, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Norvanta LLC, | ) | Case No. 4:14-cv-164 |
| | ) | |
| Defendant. | ) | |

On March 11, 2016, Defendant Norvanta, LLC ("Norvanta") filed a "Notice of Bankruptcy Filing" along with a copy of the a "Notice of Chapter 7 Bankruptcy Case" filed in the United States Bankruptcy Court for the District of Minnesota.

On March 14, 2016, the court issued an order staying this action pursuant to 11 U.S.C. § 362(a)(1). Plaintiff shall file a brief report by August 3, 2020, updating the court on the status of this matter and otherwise advising how it wishes to proceed.

**IT IS SO ORDERED.**

Dated this 30th day of June, 2020.

                                                 */s/ Clare R. Hochhalter*
                                                 Clare R. Hochhalter, Magistrate Judge
                                                 United States District Court